

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:MJC
F. #2024R00871

271 Cadman Plaza East
Brooklyn, New York 11201

February 5, 2025

By ECF
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Mahmud Mollah
           Criminal Docket No. 24-389 (LDH)

Dear Judge DeArcy Hall:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Mahmud Mollah, has agreed to in connection with his guilty plea before the Honorable James R. Cho on October 30, 2024, accepted by Your Honor on November 18, 2024. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      JOHN J. DURHAM
      United States Attorney

By:   /s/ Michael J. Castiglione
      Michael J. Castiglione
      Assistant U.S. Attorney
      (718) 254-7533

Encl.: Order of Forfeiture
cc:    Counsel of Record (by ECF)