**Montgomery County Office:**
488 Norristown Road
Suite 240
Blue Bell, PA 19422
(For All Mail Correspondence)

**Bucks County Office:**
4 Terry Drive
Suite 17-E
Newtown, PA 18940

**Philadelphia Office:**
2016 Spruce Street
Philadelphia, PA 19103



DiFiore, Levin and Brittenburg, LLC
Attorneys At Law

*Andrew J. Levin, Esquire*

**Contact:**
Email: andrew@dlb.law
Phone: (267) 997-0823
Fax: (215) 933-6190

July 1, 2025

*Via ECF*

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Mahmud Mollah
         Criminal Docket No. 24-389 (LDH)
         Travel Request

Dear Judge DeArcy Hall:

 I represent Mr. Mollah in the above-captioned case.

 Mr. Mollah currently resides within the Eastern District of Pennsylvania. He was previously employed as an Uber driver. He would like to begin driving full-time. He is requesting permission to travel to Maryland, Delaware, Washington DC, and Virginia for these purposes. I have attached a previous paystub.

 The Government and Pretrial Services have no objection to this request.

 Thank you for your time and consideration.

            Very truly yours,
            **DIFIORE LEVIN & BRITTENBURG, LLC**

       By: /s/ *Andrew J. Levin*
          Andrew J. Levin, Esquire

cc: AUSA, David Berman, (via e-mail: david.berman2@usdoj.gov)
  USPSO Joseph Elie (via e-mail joseph_elie@nyept.uscourts.gov)