# $301.04

$151.52



| 21 Mon | 22 Tue | 23 Wed | 24 Thu | 25 Fri | 26 Sat | 27 Sun |

## Stats

Online
**12 h 6 m**

Trips
**25**

Points
**53**

How we calculate stats

## Breakdown

| | |
|---|---|
| Net Fare | $246.52 |
| Promotions | $10.56 |
| Tip | $43.96 |
| **Total Earnings** | **$301.04** |

See customer fare breakdown

See earnings activity